United States District Court
Southern District of Texas
**ENTERED**
September 02, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Antonio Q. McGee, §
　　Petitioner, §
§
v. §
§ Civil Action H-20-1074
Lorie Davis, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
　　Respondent. §

## Order of Adoption

On August 11, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (20) recommending that the court deny without prejudice McGee's petition for writ of habeas corpus. McGee filed objections. (21) The court denies McGee's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on Sept. 1, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge